IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

MCCLINE R. JOHNSON,

     Appellant,

v.

                                 Case No. 5D22-1931
                                 LT Case No. 2020-DR-003413

JESSICA LYNN SMITH,

     Appellee.
_____/

Opinion filed December 27, 2022

Appeal from the Circuit Court
for Seminole County,
Wayne E. Culver, Acting Circuit Judge.

Mccline R. Johnson, Winter Springs,
pro se.

R. Gregory Colvin, of R. Gregory
Colvin, LLC, Orlando, for Appellee.


PER CURIAM.

     AFFIRMED. See Fla. R. App. P. 9.315(a).


COHEN, EISNAUGLE and WOZNIAK, JJ., concur.